Robert Reynolds (SBN 347068)
rreynolds@kandrip.com
Klintworth & Rozenblat IP LLP
2045 W. Grand Ave., Ste. B PMB 84396
Chicago, IL 60612
Tel: 773-770-2554
Fax: 773-570-3328
Attorneys for Defendant Tiffany HO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT BOWERY INC. d/b/a TRUNK ARCHIVE | Case No. 2:24-cv-01344-CBM-SK |
| Plaintiff, | |
| vs. | |
| DELUXE BEAUTE BEVERLY MEDICAL SPA, A PROFESSIONAL CORPORATION d/b/a DELUXE COSMETIC CENTER; CHERYL CHEN, individually, KEVIN DO, individually, TIFFANY HO, individually; and DOES 1 through 10 inclusive, | **REQUEST TO APPEAR TELEPHONICALLY** <br><br> Date: June 25, 2024 <br> Time: 10:00am <br> Place: Courtroom 8B |
| Defendants. | Judge: Hon. Consuelo B. Marshall |

Robert Reynolds, counsel for Defendant Tiffany HO, requests to appear telephonically (by telephone or by Zoom), at the Scheduling Conference on June 25, 2024, at 10:00am. In support of this Request, he states under penalty of perjury as follows:

1. My office is in Kansas City, Missouri.

2. My representation of Defendant Tiffany HO is pro bono, with no expectation of repayment of costs from my client.

3. Travelling from Kansas City to Los Angeles for the Scheduling Conference will involve the expense of airfare and lodging from Kansas City, and will involve nearly a full day's worth of travel time to and from airports, including nine hours of air travel.

4. Plaintiff's Counsel and Defendant HO's counsel agreed to remote appearances via email on March 12, 2024, provided this Court allows the same. There have been no changes to this understanding since that date.

5. My telephone number that can be used to appear via telephone is 773-770-2554, and I am able to appear via Zoom at the court's discretion.

WHEREFORE, Counsel for Defendant HO requests to appear via telephone or via Zoom at the Scheduling Conference on May 17, 2021 at 10:00 a.m.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 8, 2024

                                                           s/ Robert Reynolds
                                                           Robert Reynolds
                                                           Klintworth & Rozenblat IP LLP
                                                           Attorneys for Defendant HO