Robert Reynolds (SBN 347068)
rreynolds@kandrip.com
Klintworth & Rozenblat IP LLP
2045 W. Grand Ave., Ste. B PMB 84396
Chicago, IL 60612
Tel: 773-770-2554
Fax: 773-570-3328
Attorneys for Defendant Tiffany HO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT BOWERY INC. d/b/a TRUNK ARCHIVE<br><br>　　　　Plaintiff,<br>　　vs.<br>DELUXE BEAUTE BEVERLY MEDICAL SPA, A PROFESSIONAL CORPORATION d/b/a DELUXE COSMETIC CENTER; CHERYL CHEN, individually, KEVIN DO, individually, TIFFANY HO, individually; and DOES 1 through 10 inclusive,<br><br>　　　　Defendants. | Case No. 2:24-cv-01344-CBM-SK<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY**<br><br>Date: June 25, 2024<br>Time: 10:00am<br>Place: Courtroom 8B<br><br>Judge: Hon. Consuelo B. Marshall |

## [Proposed] ORDER

Based on the Request to Appear Telephonically filed by Defendant HO's Counsel, and for good cause showing that a personal appearance at the Scheduling Conference will cause undue hardship, the Court GRANTS the Request to Appear Telephonically at the Scheduling Conference June 25, 2024, at 10:00 a.m.

IT IS SO ORDERED.


Dated:_____                    _____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Consuelo B. Marshall
　　　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　　　Central District of California

-1-