# Exhibit "A"

**California Secretary of State**
Electronic Filing

**FILED**
Secretary of State
State of California

## Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | DELUXE BEAUTE BEVERLY MEDICAL SPA, A PROFESSIONAL CORPORATION |
| Entity (File) Number: | C4797243 |
| File Date: | 10/18/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GX57976 |

**Detailed Filing Information**

1. Entity Name: DELUXE BEAUTE BEVERLY MEDICAL SPA, A PROFESSIONAL CORPORATION

2. Business Addresses:
   a. Street Address of Principal Office in California:
      2636 W OLYMPIC BLVD
      LOS ANGELES, California 90006
      United States of America

   b. Mailing Address:
      2636 W OLYMPIC BLVD
      LOS ANGELES, California 90006
      United States of America

   c. Street Address of Principal Executive Office:
      2636 W OLYMPIC BLVD
      LOS ANGELES, California 90006
      United States of America

3. Officers:
   a. Chief Executive Officer:
      KEVIN DO
      2636 W OLYMPIC BLVD
      LOS ANGELES, California 90006
      United States of America

   b. Secretary:
      CHERYL CHEN
      2636 W OLYMPIC BLVD
      LOS ANGELES, California 90006
      United States of America

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GX57976

# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c. Chief Financial Officer:

CHERYL CHEN
2636 W OLYMPIC BLVD
LOS ANGELES, California 90006
United States of America

4. Director:

KEVIN DO
2636 W OLYMPIC BLVD
LOS ANGELES, California 90006
United States of America

Number of Vacancies on the Board of Directors: 0

5. Agent for Service of Process:

CHERYL CHEN
2636 W OLYMPIC BLVD
LOS ANGELES, California 90006
United States of America

6. Type of Business: MEDICAL SPA

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:   KEVIN DO

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GX57976