Mathew K. Higbee, Esq.
California Bar No. 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6729 facsimile
Email: mhigbee@higbee.law

*Attorney for Plaintiff*,
GREAT BOWERY INC. d/b/a TRUNK ARCHIVE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GREAT BOWERY INC. d/b/a TRUNK ARCHIVE,<br><br>Plaintiff,<br><br>v.<br><br>DELUXE BEAUTE BEVERLY MEDICAL SPA, A PROFESSIONAL CORPORATION d/b/a DELUXE COSMETIC CENTER; CHERYL CHEN, individually; KEVIN DO, individually; TIFFANY HO, individually; and DOES 1 through 10 inclusive,<br><br>Defendants. | **Case No. 2:24-cv-1334-CBM-SK**<br><br>**[PROPOSED] CERTIFICATE OF DEFAULT** |

It appearing from the records in the above-entitled action that the Summons has been served upon the defendants named below, and it further appearing from the Declaration of counsel for Plaintiff, and other evidence as required by Fed. R. Civ. P. 55(a), that each of the below defendants has failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure.

1

WHEREFORE, on request of Plaintiff's counsel, the DEFAULTS of Defendants Deluxe Beaute Beverly Medical Spa, A Professional Corporation d/b/a Deluxe Cosmetic Center; Cheryl Chen; and Kevin Do are hereby entered on this _____ day of May 2024.

_____
Clerk, United States District Court
Central District of California