1  Mathew K. Higbee, Esq.
   California Bar No. 241380
2  **HIGBEE & ASSOCIATES**
   1504 Brookhollow Dr., Ste 112
3  Santa Ana, CA 92705-5418
   (714) 617-8350
4  (714) 597-6729 facsimile
5  Email: mhigbee@higbee.law

6  *Attorney for Plaintiff*,
7  GREAT BOWERY INC. d/b/a TRUNK ARCHIVE

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| GREAT BOWERY INC. d/b/a TRUNK ARCHIVE,<br><br>Plaintiff,<br><br>v.<br><br>DELUXE BEAUTE BEVERLY MEDICAL SPA, A PROFESSIONAL CORPORATION d/b/a DELUXE COSMETIC CENTER; CHERYL CHEN, individually; KEVIN DO, individually; TIFFANY HO, individually; and DOES 1 through 10 inclusive,<br><br>Defendants. | **Case No. 2:24-cv-1334-CBM-SK**<br><br>**DECLARATION OF JAYMA C. LEATH IN SUPPORT OF MOTION TO WITHDRAW REQUEST FOR CLERK'S ENTRY OF DEFAULT AS TO DEFENDANTS DELUXE BEAUTE BEVERLY MEDICAL SPA, A PROFESSIONAL CORPORATION d/b/a DELUXE COSMETIC CENTER; CHERYL CHEN; and KEVIN DO AND TO EXTEND THE TIME FOR RESPONSE TO COMPLAINT** |

I, Jayma C. Leath, declare as follows:

1. I am an attorney assisting Mathew K. Higbee who is the attorney for Plaintiff Great Bowery Inc. d/b/a Trunk Archive in the above-captioned action. I am over the age of 18 and not a party to the action.

2. I make this Declaration in support of Plaintiff's motion to withdraw Plaintiff's request that the Clerk enter default against Defendants Deluxe Beaute Beverly Medical Spa, A Professional Corporation d/b/a Deluxe Cosmetic Center

1

("Deluxe"); Cheryl Chen ("Chen"); and Kevin Do ("Do") pursuant to Fed. R. Civ. P. 55(a) and Plaintiff's motion to request an extension of time for Defendants Deluxe, Chen, and Do to respond to the Complaint.

3. I have personal knowledge of the following facts, and if called as a witness, I could and would testify as follows:

4. Defendants' attorney attempted to reach out to me by email on April 23 to set up a time to discuss resolution of this matter and to also request a 30-day extension of time for Defendants to respond to the Complaint and sent a follow-up email to me on April 25, 2024.

5. Neither email reached me because Defendants' attorney did not have my correct email address.

6. On May 13, 2024, Plaintiff began the default process and filed a Request for Clerk's Entry of Default (Doc. No. 18) because Defendants had not responded to the Complaint on or by the May 10, 2024 deadline.

7. Defendants' attorney immediately called me and forwarded me the previously undelivered correspondence; stated Defendants would like to resolve this matter as soon as possible; and requested that we withdraw the Request for Clerk's Entry of Default (Doc. No. 18).

8. Plaintiff's attorneys have no objection to Defendants' request to withdraw the request for entry of default.

9. The time has passed for Defendants' to respond to the Complaint, however, we believe Defendants are trying to settle this matter in good faith.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed this 13th day of May, 2024 at Atlanta, GA.

/s/ **Jayma C. Leath**
Jayma C. Leath