Mathew K. Higbee, Esq.
California Bar No. 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6559 facsimile
Email: mhigbee@higbee.law

*Attorney for Plaintiff*,
GREAT BOWERY INC. d/b/a TRUNK ARCHIVE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GREAT BOWERY INC. d/b/a TRUNK ARCHIVE,<br><br>Plaintiff,<br><br>v.<br><br>DELUXE BEAUTE BEVERLY MEDICAL SPA, A PROFESSIONAL CORPORATION d/b/a DELUXE COSMETIC CENTER; CHERYL CHEN, individually; KEVIN DO, individually; TIFFANY HO, individually; and DOES 1 through 10 inclusive,<br><br>Defendants. | **Case No. 2:24-cv-1334-CBM-SK**<br><br>**NOTICE OF MOTION TO WITHDRAW REQUEST FOR CLERK'S ENTRY OF DEFAULT AS TO DEFENDANTS DELUXE BEAUTE BEVERLY MEDICAL SPA, A PROFESSIONAL CORPORATION d/b/a DELUXE COSMETIC CENTER; CHERYL CHEN; and KEVIN DO AND TO EXTEND THE TIME FOR RESPONSE TO COMPLAINT**<br><br>**Filed and Served Concurrently:**<br><br>1. Declaration of Jayma C. Leath<br><br>2. [Proposed] Order<br><br>Judge:  Hon. Consuelo B. Marshall<br>Courtroom:  8D<br>Hearing Date:  April 28, 2024<br>  10:00 a.m. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 28, 2024 at 10:00 a.m., or as soon thereafter as the matter may be heard in the courtroom of the Hon. Consuelo B.

1

Marshall of the above-titled court, located at Courtroom 8D, of the First Street Courthouse, 350 West First Street, Los Angeles, CA 90012, Plaintiff Great Bowery Inc. d/b/a Trunk Archive ("Plaintiff") will move for an Order to withdraw Plaintiff's request for the Clerk to enter default in this action against Defendants Deluxe Beaute Beverly Medical Spa, A Professional Corporation d/b/a Deluxe Cosmetic Center ("Deluxe"); Cheryl Chen ("Chen"); and Kevin Do ("Do") [Doc. No. 18] and will also move the Court to grant an extension to Defendants Deluxe, Chen, and Do to answer or otherwise respond to the Complaint on or by June 10, 2024.

In the alternative, Plaintiff would request that the Court consider this matter appropriate for disposition without a hearing pursuant to Fed. R. Civ. P. 78; Local Rule 7-15.

This Motion is based on this Notice of Motion and the Declaration of Jayma C. Leath in support.

DATED: May 14, 2024                    Respectfully submitted,

                                       **/s/ Mathew K. Higbee**
                                       Mathew K. Higbee, Esq.
                                       Cal. Bar No. 241380
                                       **HIGBEE & ASSOCIATES**
                                       1504 Brookhollow Dr., Ste 112
                                       Santa Ana, CA 92705
                                       (714) 617-8350
                                       (714) 597-6729 facsimile
                                       mhigbee@higbee.law
                                       *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that on this day, the 14th of May, 2024, I electronically filed the within and foregoing:

- **Notice of Motion To Withdraw Request For Clerk's Entry of Default As To Defendants Deluxe Beaute Beverly Medical Spa, A Professional Corporation d/b/a Deluxe Cosmetic Center; Cheryl Chen; And Kevin Do And To Extend The Time For Response To Complaint;** and
- **[Proposed] Order**

and have served all parties who have appeared in this case by using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys of record listed with the Clerk of Court.

/s/ **Mathew K. Higbee**
Mathew K. Higbee
*Attorney for Plaintiff Great Bowery*