Mathew K. Higbee, Esq.
California Bar No. 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6729 facsimile
Email: mhigbee@higbee.law

*Attorney for Plaintiff*,
GREAT BOWERY INC. d/b/a TRUNK ARCHIVE

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| GREAT BOWERY INC. d/b/a TRUNK ARCHIVE,<br><br>Plaintiff,<br><br>v.<br><br>DELUXE BEAUTE BEVERLY MEDICAL SPA, A PROFESSIONAL CORPORATION d/b/a DELUXE COSMETIC CENTER; CHERYL CHEN, individually; KEVIN DO, individually; TIFFANY HO, individually; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:24-cv-1334-CBM-SK<br><br>**[PROPOSED] ORDER** |

    Before the Court is Plaintiff's Motion to Withdraw Request for Clerk's Entry of Default As To Defendants Deluxe Beaute Beverly Medical Spa, A Professional Corporation d/b/a Deluxe Cosmetic Center ("Deluxe"); Cheryl Chen ("Chen"); and Kevin Do ("Do") and to Extend the Time For Response to Complaint.

    The Court finds that the motion is based on good cause and should be granted.

    Therefore, Plaintiff's Request for Clerk's Entry of Default As To Defendants Deluxe Beaute Beverly Medical Spa, A Professional Corporation d/b/a Deluxe Cosmetic Center; Cheryl Chen; and Kevin Do (Doc. No. 18) will be withdrawn from

1

| | |
|---|---|
| 1 | the Docket, and Defendants Deluxe, Chen, and Do shall have up to and including June 10, 2024 to answer or otherwise respond to the Complaint. |
| 2 | |
| 3 | **SO ORDERED** on this _____ day of May 2024. |

_____
Consuelo b. Marshall
United States District Judge