# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT BOWERY INC.<br><br>Plaintiff(s),<br><br>v.<br><br>DELUXE BEAUTE BEVERLY MEDICAL SPA, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24–cv–01344–CBM–SK<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  ___5/13/2024___

Document No.:  ___19___

Title of Document:  ___MOTION TO WITHDRAW REQUEST FOR CLERKS ENTRY OF DEFAULT AS TO DEFENDANTS DELUXE BEAUTE BEVERLY MEDICAL SPA, A PROFESSIONAL CORPORATION d/b/a DELUXE COSMETIC CENTER; CHERYL CHEN; and KEVIN DO AND TO EXTEND THE TIME FOR RESPONSE TO COMPLAINT___

**ERROR(S) WITH DOCUMENT:**

Local Rule 11–3.8 title page is missing, incomplete, or incorrect.

Other:

The case number is incorrect on the document and should be 2:24cv01344–CBM (SK), not 2:24cv1334–CBM (SK).

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: May 14, 2024 By: /s/ *Sharon Hall–Brown*
  *Sharon_Hall–Brown@cacd.uscourts.gov*
  Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(01/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS