**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| GREAT BOWERY INC. d/b/a TRUNK ARCHIVE,<br><br>Plaintiff,<br><br>v.<br><br>DELUXE BEAUTE BEVERLY MEDICAL SPA, A PROFESSIONAL CORPORATION d/b/a DELUXE COSMETIC CENTER; CHERYL CHEN, individually; KEVIN DO, individually; TIFFANY HO, individually; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:24-cv-1344-CBM-SKx<br><br>**ORDER RE: PLAINTIFF'S MOTION TO WITHDRAW REQUEST FOR CLERK TO ENTER DEFAULT AND TO EXTEND THE TIME FOR RESPONSE TO COMPLAINT [18][19]** |

Before the Court is Plaintiff's Motion to Withdraw Request for Clerk's Entry of Default As To Defendants Deluxe Beaute Beverly Medical Spa, A Professional Corporation d/b/a Deluxe Cosmetic Center ("Deluxe"); Cheryl Chen ("Chen"); and Kevin Do ("Do") and to Extend the Time For Response to Complaint. (Dkt. No. 19 (the "Motion").)

Finding good cause, the Motion is **GRANTED**. Therefore, Plaintiff's Request for Clerk's Entry of Default As To Defendants Deluxe Beaute Beverly Medical Spa,

1

A Professional Corporation d/b/a Deluxe Cosmetic Center; Cheryl Chen; and Kevin Do (Dkt. No. 18) shall be withdrawn, and Defendants Deluxe, Chen, and Do shall answer or otherwise respond to the Complaint no later than June 10, 2024.

**IT IS SO ORDERED**.

DATED:  May 15, 2024.



Consuelo B. Marshall
United States District Judge