Robert Reynolds (SBN 347068)
rreynolds@kandrip.com
Klintworth & Rozenblat IP LLP
2045 W. Grand Ave., Ste. B PMB 84396
Chicago, IL 60612
Tel: 773-770-2554
Fax: 773-570-3328
Attorneys for Defendant Tiffany HO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT BOWERY INC. d/b/a TRUNK ARCHIVE <br><br> Plaintiff, <br><br> vs. <br><br> DELUXE BEAUTE BEVERLY MEDICAL SPA, A PROFESSIONAL CORPORATION d/b/a DELUXE COSMETIC CENTER; CHERYL CHEN, individually, KEVIN DO, individually, TIFFANY HO, individually; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No. 2:24-cv-01344-CBM-SK x <br><br> **ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY** <br><br> [17] <br><br> Date: June 25, 2024 <br> Time: 10:00am <br> Place: Courtroom 8B <br><br> Judge: Hon. Consuelo B. Marshall |

## ORDER

Based on the Request to Appear Telephonically filed by Defendant HO's Counsel, and for good cause showing that a personal appearance at the Scheduling Conference will cause undue hardship, the Court GRANTS the Request to Appear Telephonically at the Scheduling Conference June 25, 2024, at 10:00 a.m. The Clerk will email counsel at least 3 days prior to the hearing date with further information.

IT IS SO ORDERED.

Dated: MAY 16, 2024

Hon. Consuelo B. Marshall
United States District Judge
Central District of California

-1-