1
2
3
4
5
6

Mathew K. Higbee, Esq.
Cal. Bar No. 241380
**HIGBEE & ASSOCIATES**
3110 Cheyenne #200
N. Las Vegas, NV 89032
(714) 617-8350
(714) 597-6729 facsimile
mhigbee@higbee.law

7
8

*Attorney for Plaintiff*
*Great Bowery Inc. d/b/a Trunk Archive*

9
10
11

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| GREAT BOWERY INC. d/b/a TRUNK ARCHIVE, <br><br> Plaintiff, <br><br> v. <br><br> DELUXE BEAUTE BEVERLY MEDICAL SPA, A PROFESSIONAL CORPORATION d/b/a DELUXE COSMETIC CENTER; CHERYL CHEN, individually; KEVIN DO, individually; TIFFANY HO, individually; and DOES 1 through 10 inclusive, <br><br> Defendants. | **Case No. 2:24-cv-01334-CBM-SK** <br><br> **NOTICE OF SETTLEMENT** |

12
13
14
15
16
17
18
19
20
21

22    Plaintiff GREAT BOWERY INC. d/b/a TRUNK ARCHIVE, by its respective

23   undersigned counsel, hereby advises the Court that it has reached a settlement in

24   principle of all claims with Defendants Deluxe Beaute Beverly Medical Spa, a

25   Professional Corporation; Cheryl Chen; and Kevin Do. Plaintiff requests thirty (30)

26   days to prepare, circulate and sign settlement documents. Thereafter, the parties

27   intend to file appropriate dismissal papers with the Court.

28                    [SIGNATURE TO FOLLOW ON NEXT PAGE]

1

2    DATED this 31st day of May 2024.          Respectfully submitted by,

3

4                                              **/s/ Mathew K. Higbee**
                                               Mathew K. Higbee, Esq.
5                                              Cal. Bar No. 241380
                                               **HIGBEE & ASSOCIATES**
6                                              3110 Cheyenne #200
                                               N. Las Vegas, NV 89032
7                                              (714) 617-8350
                                               (714) 597-6729 facsimile
8                                              mhigbee@higbee.law
9                                              *Counsel for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to this action. This is to certify that today I electronically filed the within and foregoing **NOTICE OF SETTLEMENT** and have served all parties as follows:

**VIA ECF:** For those parties who have appeared in this case, by using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys of record listed with the Clerk of Court.

**By Email:** For those parties who have not appeared in this case, by emailing a copy of the foregoing document as follows:

To Attorney William Niu at will@niulaw.com for the following Defendants:

Deluxe Cosmetic Center
Cheryl Chen
Kevin Do


Respectfully submitted this 31st day of May 2024.


**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
**HIGBEE & ASSOCIATES**
3110 Cheyenne #200
N. Las Vegas, NV 89032
(714) 617-8350
(714) 597-6729 facsimile
mhigbee@higbee.law
*Attorney for Plaintiff*