IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| GREAT BOWERY INC. d/b/a TRUNK ARCHIVE,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>DELUXE BEAUTE BEVERLY MEDICAL SPA, A PROFESSIONAL CORPORATION d/b/a DELUXE COSMETIC CENTER; CHERYL CHEN, individually; KEVIN DO, individually; TIFFANY HO, individually; and DOES 1 through 10 inclusive,<br><br>　　　　　　　　Defendants. | Case No. 2:24-cv-01334-CBM-SK<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff GREAT BOWERY INC. d/b/a TRUNK ARCHIVE and Defendant TIFFANY HO, by their respective undersigned counsel, hereby advise the Court that they have reached a settlement in principle of all claims. The Parties request thirty (30) days to prepare, circulate and sign settlement documents. Thereafter, the parties intend to file appropriate dismissal papers with the Court.

DATED this 3rd day of June 2024.          Respectfully submitted by,

| | |
|---|---|
| **/s/ Robert Reynolds**<br>Robert Reynolds, (SBN 347068)<br>Klintworth & Rozenblat IP LLP<br>2045 W. Grand Ave., Ste B. PMB 84396<br>Chicago, IL 60612<br>Tel: 773-770-2554<br>Fax: 773-570-3328<br>Email: rreynolds@kandrip.com<br><br>Attorney for Defendant Ho | **/s/ Mathew K. Higbee**<br>Mathew K. Higbee, Esq.<br>Cal. Bar No. 241380<br>**HIGBEE & ASSOCIATES**<br>3110 Cheyenne #200<br>N. Las Vegas, NV 89032<br>(714) 617-8350<br>(714) 597-6729 facsimile<br>mhigbee@higbee.law<br>*Counsel for Plaintiff* |

1

# CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to this action. This is to certify that today I electronically filed the within and foregoing **NOTICE OF SETTLEMENT** and have served all parties as follows:

**VIA ECF:** For those parties who have appeared in this case, by using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys of record listed with the Clerk of Court.

**By Email:** For those parties who have not appeared in this case, by emailing a copy of the foregoing document as follows:

To Attorney William Niu at will@niulaw.com for the following Defendants:

Deluxe Cosmetic Center
Cheryl Chen
Kevin Do

Respectfully submitted this 3rd day of June 2024.

/s/ **Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
**HIGBEE & ASSOCIATES**
3110 Cheyenne #200
N. Las Vegas, NV 89032
(714) 617-8350
(714) 597-6729 facsimile
mhigbee@higbee.law
*Attorney for Plaintiff*

2