IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| GREAT BOWERY INC. d/b/a TRUNK ARCHIVE,<br><br>                  Plaintiff,<br><br>v.<br><br>DELUXE BEAUTE BEVERLY MEDICAL SPA, A PROFESSIONAL CORPORATION d/b/a DELUXE COSMETIC CENTER; CHERYL CHEN, individually; KEVIN DO, individually; TIFFANY HO, individually; and DOES 1 through 10 inclusive,<br><br>                  Defendants. | Case No. 2:24-cv-01334-CBM-SK<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TIFFANY HO PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to Fed. R. Civ. P. 41(a)(I)(A)(ii), IT IS HEREBY STIPULATED AND AGREED by and between **Plaintiff Great Bowery Inc. d/b/a Trunk Archive** and Defendant Tiffany Ho that the above-captioned action is dismissed with prejudice as to Defendant Tiffany Ho and without fees or costs to any party, all matters in controversy having been fully settled, compromised and adjourned.

DATED this 4th day of June 2024.                    Respectfully submitted by,

**/s/  Robert Reynolds**                              **/s/ Mathew K. Higbee**
Robert Reynolds, (SBN 347068)                  Mathew K. Higbee, Esq.
Klintworth & Rozenblat IP LLP                    Cal. Bar No. 241380
2045 W. Grand Ave., Ste B. PMB 84396     **HIGBEE & ASSOCIATES**
Chicago, IL 60612                                       3110 Cheyenne #200
Tel: 773-770-2554                                      N. Las Vegas, NV 89032
Fax: 773-570-3328                                     (714) 617-8350
Email: rreynolds@kandrip.com                  (714) 597-6729 facsimile
                                                                    mhigbee@higbee.law
Attorney for Defendant Ho                         *Counsel for Plaintiff*

1

# CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to this action. This is to certify that today I electronically filed the within and foregoing **JOINT STIPULATION OF DISMISSALWITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** and have served all parties as follows:

**VIA ECF:** For those parties who have appeared in this case, by using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys of record listed with the Clerk of Court.

**By Email:** For those parties who have not appeared in this case, by emailing a copy of the foregoing document as follows:

To Attorney William Niu at will@niulaw.com for the following Defendants:

Deluxe Cosmetic Center
Cheryl Chen
Kevin Do

Respectfully submitted this 4th day of June 2024.

/s/ Mathew K. Higbee
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
**HIGBEE & ASSOCIATES**
3110 Cheyenne #200
N. Las Vegas, NV 89032
(714) 617-8350
(714) 597-6729 facsimile
mhigbee@higbee.law
*Attorney for Plaintiff*

2