UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 24-1344-CBM(SKx) |
| Date | JUNE 4, 2024 |

| | |
|---|---|
| Title | Great Bowery Inc. v. Deluxe Beaute Beverly Medical Spa et al |

| | |
|---|---|
| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS)** **ORDER AND NOTICE TO ALL PARTIES**

In light of the notice of settlement, filed May 31, 2024, indicating that the case has settled in its entirety, this Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

By *JULY 5, 2024* the parties shall file either a proper stipulation and order for dismissal or judgment. Failure to timely file a stipulation and order for dismissal or judgment shall result in the dismissal of this action.

All pending hearings and motions are now taken off calendar and vacated.

IT IS SO ORDERED.

cc: all parties