# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT BOWERY INC.<br><br>Plaintiff(s),<br><br>v.<br><br>DELUXE BEAUTE BEVERLY MEDICAL SPA, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24–cv–01344–CBM–SK<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   6/4/2024

Document No.:   27

Title of Document:   JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TIFFANY HO PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**ERROR(S) WITH DOCUMENT:**

Local Rule 11–3.8 title page is missing, incomplete, or incorrect.

Other:

The incorrect case number 2:24cv01334–CBM (SK) is on the document instead of 2:24cv01344–CBM (SK)

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: June 5, 2024    By:  /s/ *Sharon Hall–Brown  Sharon_Hall–Brown@cacd.uscourts.gov*
                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**