Mathew K. Higbee, Esq.
Cal. Bar No. 241380
**HIGBEE & ASSOCIATES**
3110 Cheyenne #200
N. Las Vegas, NV 89032
(714) 617-8350
(714) 597-6729 facsimile
mhigbee@higbee.law

*Attorney for Plaintiff*
*Great Bowery Inc. d/b/a Trunk Archive*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GREAT BOWERY INC. d/b/a TRUNK ARCHIVE,<br><br>Plaintiff,<br><br>v.<br><br>DELUXE BEAUTE BEVERLY MEDICAL SPA, A PROFESSIONAL CORPORATION d/b/a DELUXE COSMETIC CENTER; CHERYL CHEN, individually; KEVIN DO, individually; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01334-CBM-SK<br><br>**NOTICE OF VOLUTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) AS TO DEFENDANTS DELUXE BEAUTE BEVERLY MEDICAL SPA, A PROFESSIONAL CORPORATION d/b/a DELUXE COSMETIC CENTER; CHERYL CHEN, individually; KEVIN DO, individually; and DOES 1 through 10, inclusive** |

Pursuant to F.R.C.P. 41(a)(I)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Deluxe Beaute Beverly Medical Spa, A Professional Corporation d/b/a Deluxe Cosmetic Center, by and through its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed against Defendants Cheryl Chen, individually; Kevin Do, individually; and DOES 1 through 10, inclusive with prejudice.

[SIGNATURE TO FOLLOW ON NEXT PAGE]

1

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED this 17th day of June 2024. | Respectfully submitted by, |
| 3 | | |
| 4 | | **/s/ Mathew K. Higbee** |
| 5 | | Mathew K. Higbee, Esq. |
| | | Cal. Bar No. 241380 |
| 6 | | **HIGBEE & ASSOCIATES** |
| | | 3110 Cheyenne #200 |
| 7 | | N. Las Vegas, NV 89032 |
| 8 | | (714) 617-8350 |
| | | (714) 597-6729 facsimile |
| 9 | | mhigbee@higbee.law |
| 10 | | *Counsel for Plaintiff* |

**CERTIFICATE OF SERVICE**

I am over the age of 18 and not a party to this action. This is to certify that today I electronically filed the within and foregoing **NOTICE OF SETTLEMENT** and have served all parties as follows:

**VIA ECF:** For those parties who have appeared in this case, by using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys of record listed with the Clerk of Court.

**By Email:** For those parties who have not appeared in this case, by emailing a copy of the foregoing document as follows:

To Attorney William Niu at will@niulaw.com for the following Defendants:

> Deluxe Cosmetic Center
> Cheryl Chen
> Kevin Do

Respectfully submitted this 17th day of June 2024.

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
**HIGBEE & ASSOCIATES**
3110 Cheyenne #200
N. Las Vegas, NV 89032
(714) 617-8350
(714) 597-6729 facsimile
mhigbee@higbee.law
*Attorney for Plaintiff*

3