# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT BOWERY INC.<br><br>Plaintiff(s),<br><br>v.<br><br>DELUXE BEAUTE BEVERLY MEDICAL SPA, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24−cv−01344−CBM−SK<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __6/17/2024__

Document No.:   __30__

Title of Document:   __NOTICE OF VOLUTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) AS TO DEFENDANTS DELUXE BEAUTE BEVERLY MEDICAL SPA, A PROFESSIONAL CORPORATION d/b/a DELUXE COSMETIC CENTER; CHERYL CHEN, individually; KEVIN DO, individually; and DOES 1 through 10, inclusive__

**ERROR(S) WITH DOCUMENT:**

Local Rule 11−3.8 title page is missing, incomplete, or incorrect.

Other:

The case number is incorrect on the notice of voluntary dismissa. and is listed as 2:24−cv−01334−CBM (SK) INSTEAD OF BEING CORRECTLY LISTED as 2:24−cv−01344 CBM (SK). Please re−file with the corrections made.

**Note:**   **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

By:  /s/ Sharon Hall−Brown
Dated:  June 18, 2024    Sharon_Hall−Brown@cacd.uscourts.gov
Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−112A(01/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS