1  Mathew K. Higbee, Esq.
   Cal. Bar No. 241380
2  **HIGBEE & ASSOCIATES**
3  3110 Cheyenne #200
   N. Las Vegas, NV 89032
4  (714) 617-8350
5  (714) 597-6729 facsimile
   mhigbee@higbee.law
6
7  *Attorney for Plaintiff*
   *Great Bowery Inc. d/b/a Trunk Archive*
8

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| GREAT BOWERY INC. d/b/a TRUNK ARCHIVE,<br><br>Plaintiff,<br><br>v.<br><br>DELUXE BEAUTE BEVERLY MEDICAL SPA, A PROFESSIONAL CORPORATION d/b/a DELUXE COSMETIC CENTER et al.,<br><br>Defendants. | **Case No. 2:24-cv-01344-CBM-SK**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) AS TO DEFENDANTS DELUXE BEAUTE BEVERLY MEDICAL SPA, A PROFESSIONAL CORPORATION d/b/a DELUXE COSMETIC CENTER; CHERYL CHEN, individually; KEVIN DO, individually; and DOES 1 through 10, inclusive** |

Pursuant to F.R.C.P. 41(a)(I)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Great Bowery Inc. d/b/a Trunk Archive, by and through its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed against Defendants Deluxe Beaute Beverly Medical Spa, A Professional Corporation d/b/a Deluxe Cosmetic Center; Cheryl Chen, individually; Kevin Do, individually; and DOES 1 through 10, inclusive with prejudice.

1

1  On June 4, 2024, Plaintiff previously filed a stipulation to dismiss Defendant Tiffany Ho. (Dkt. No. 27.) Accordingly, this action is voluntarily dismissed in its entirety.

DATED this 26th day of June 2024.

Respectfully submitted by,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
**HIGBEE & ASSOCIATES**
3110 Cheyenne #200
N. Las Vegas, NV 89032
(714) 617-8350
(714) 597-6729 facsimile
mhigbee@higbee.law
*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to this action. This is to certify that today I electronically filed the within and foregoing **NOTICE OF SETTLEMENT** and have served all parties as follows:

**VIA ECF:** For those parties who have appeared in this case, by using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys of record listed with the Clerk of Court.

**By Email:** For those parties who have not appeared in this case, by emailing a copy of the foregoing document as follows:

To Attorney William Niu at will@niulaw.com for the following Defendants:

> Deluxe Cosmetic Center
> Cheryl Chen
> Kevin Do

Respectfully submitted this 26th day of June 2024.

> **/s/ Mathew K. Higbee**
> Mathew K. Higbee, Esq.
> Cal. Bar No. 241380
> **HIGBEE & ASSOCIATES**
> 3110 Cheyenne #200
> N. Las Vegas, NV 89032
> (714) 617-8350
> (714) 597-6729 facsimile
> mhigbee@higbee.law
> *Attorney for Plaintiff*