UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL         JS-6

| Case No. | **CV 24-1344-CBM(SKx)** | Date | JUNE 27, 2024 |
|---|---|---|---|
| Title | Great Bowery Inc. v. Deluxe Beaute Beverly Medical Spa et al | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**       In Court       X    In Chambers       X    **Counsel Notified**

Case is ordered closed pursuant to the Notice of dismissal filed on June 26, 2024 [34].

All pending hearings and motions are now taken off calendar and vacated.

Please ENTER JS-6.

IT IS SO ORDERED.

cc: all parties

CV-90 (12/02)                **CIVIL MINUTES - GENERAL**       Initials of Deputy Clerk YS