AO 121 (Rev. 06/16)

| TO:

**Register of Copyrights**
**U.S. Copyright Office**
**101 Independence Ave. S.E.**
**Washington, D.C. 20559-6000** | **REPORT ON THE**
**FILING OR DETERMINATION OF AN**
**ACTION OR APPEAL**
**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION
First Street U.S. Courthouse
350 W 1st Street, Suite 4311
Los Angeles, CA 90012-4565
(213) 894-1565 |
| DOCKET NO. 2:24-cv-1344    DATE FILED 2/19/2024 | |
| PLAINTIFF
GREAT BOWERY INC. d/b/a TRUNK ARCHIVE | DEFENDANT
**DELUXE BEAUTE BEVERLY MEDICAL SPA, A PROFESSIONAL CORPORATION d/b/a DELUXE COSMETIC CENTER; CHERYL CHEN, individually; KEVIN DO, individually; TIFFANY HO, individually; and DOES 1 through 10 inclusive** |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| ₁VA 2-295-301 | Michelle Monique 2019 Published Collection | Michelle Monique |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY
☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED
☒ Order    ☐ Judgment | WRITTEN OPINION ATTACHED
☐ Yes    ☒ No | DATE RENDERED
6/27/24 |
|---|---|---|
| CLERK
Brian Karth | (BY) DEPUTY CLERK
Trina DeBose | DATE
6/27/24 |

**DISTRIBUTION:**

1) Upon initiation of action,  mail copy to Register of Copyrights      2) Upon filing of document adding copyright(s),  mail copy to Register of Copyrights      3) Upon termination of action,  mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court          5) Case File Copy